**Appeal Reinstated; Order filed July 28, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00481-CV
_____

**LUCIDALIA CHAVEZ, Appellant**

**V.**

**WALTER CHAVEZ, Appellee**

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2012-60726**

## ORDER

On July 14, 2015, this court issued an order abating the appeal and directing the trial court to file findings of fact and conclusions of law.

On July 22, 2015, a supplemental clerk's record was filed containing the trial court's signed findings of fact and conclusions of law.

The appeal is reinstated. Appellant's supplemental brief is due on or before August 25, 2015. Appellee's brief is due 30 days after appellant's supplemental brief is filed.

PER CURIAM